junction order until the hearing and determination of the appeal. The stay of the enforcement of the injunction orders is vacated from 8 o'clock p. m. on the 15th day of September, upon condition that the defendants are permitted to post and keep upon the premises of the Hathorn Spring not to exceed two men at a time, as they may designate, during all the time until the argument of the appeal and the further order of the court. Such men to have the right to take measurements before the hour of 8 o'clock arrives. If such condition is not complied with, the defendants may apply orally upon the papers already presented to the court for a revivor of the stay of the injunction order, with the like privilege to the plaintiffs with reference to defendants' property. See 112 N. Y. Supp. 374.

HATHORN et al. v. NATURAL CARBONIC GAS CO. (Supreme Court, Appellate Division, Third Department. September 25, 1908.) Action by Emily H. Hathorn and another against the Natural Carbonic Gas Company.

PER CURIAM. Motion for leave to appeal to Court of Appeals granted, and questions certified as follows: "First. Does the complaint state a cause of action other than under the statute hereinafter mentioned? Second. Does the complaint state a cause of action under Laws 1908, p. 1221, c. 429? Third. Is chapter 429, p. 1221, of the Laws of 1908, a constitutional enactment? Fourth. Did the Supreme Court have power to grant the preliminary injunction?" See, also, 112 N. Y. Supp. 374.

HAYES et al., Appellants, v. A. BUSHNELL & CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Norman B. Hayes and another against A. Bushnell & Company. No opinion. Judgment affirmed, with costs.

HEILPERIN, Respondent, v. LEVY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908) Action by Solomon Heilperin against Samuel Levy and others. S. Levy, for appellants. J. A. Seidman, for respondent.

PER CURIAM. Appeal dismissed, with $10 costs and disbursements, on the ground that the order appealed from gives leave to renew, and the appellant has not exhausted the remedies thus given him. Order filed.

In re HELLINGER. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Samuel Hellinger. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HERRLICH v. HYMAN et al. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Philip Herrlich against Samuel Hyman and another. No opinion. Motion denied. Order filed.

HIGGIN MFG. CO. v. FLEISHMAN et al. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by the Higgin Manufacturing Company against Walter L. Fleishman and another. No opinion. Motion denied.

HOLMES, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Robert Holmes, Jr., against Paul Cohen, as treasurer, etc. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

HOTALING, Respondent, v. SYRACUSE & S. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Alice Hotaling against the Syracuse & Suburban Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $1,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

HOWELL, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Hedwig Howell against Henry F. Howell. L. Laski, for appellant. C. E. Travis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOYE, Appellant, v. OAKLEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Rose C. Hoye against John T. Oakley, individually and as commissioner, etc., and another. No opinion. Judgment affirmed, with costs.

HUBBARD, Respondent, v. MINETTO SHADE CLOTH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Milan Hubbard against the Minetto Shade Cloth Company. No opinion. Judgment and order affirmed, with costs.

In re HUGHES. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Hackett Hughes, deceased. No opinion. Order affirmed, with $10 costs and disbursements, to be paid by executor personally. Order filed.

HUGHES, Respondent, v. PIERCE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Charles Hughes against John Pierce and another. F. V. Johnson, for appellants. M. L. Malevinsky, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed.

HULTS, Appellant, v. VAN DEVENTER, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.)

Action by Rutherford B. Hults against Harriet E. Van Deventer. No opinion. Order affirmed on argument, with $10 costs and disbursements.

HUNDT, Appellant, v. GRAY LITHOGRAPH CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by George Hundt against the Gray Lithograph Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

HUPFEL, Appellant, v. BOSTON INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Adolph G. Hupfel against the Boston Insurance Company. A. Benedict, for appellant. D. W. Richards, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 55 Misc. Rep. 125, 104 N. Y. Supp. 659.

HYDE et al., Respondents, v. ELWOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Carrie F. Hyde and another, as executrices, against Ellsworth E. Elwood. No opinion. Judgment and order affirmed, with costs.

HYMAN, Respondent, v. THAIN, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by David H. Hyman, as receiver, against Alexander Thain, impleaded with others. A. Thain, for appellant. E. D. Bryde, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

IMBRIE v. SCHLICHT COMBUSTION CO. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Andrew C. Imbrie against the Schlicht Combustion Company. No opinion. Motion denied on terms stated in order. Order filed.

INDUSTRIAL & GENERAL TRUST v. PACIFIC GAS & ELECTRIC CO. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Industrial & General Trust against the Pacific Gas & Electric Company. No opinion. Motion denied, with $10 costs. Order filed.

IRWIN, Respondent, v. HODGE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by Iroquois Irwin against Herman T. Hodge and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

ISLEY, Appellant, v. GILBERT et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by John Isley against Maurice Gilbert and another. No opinion. Motion denied, on condition that the defendants perfect their appeal and place the cause on the calendar within 10 days; otherwise, motion granted, with $10 costs.

In re JESSUP. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter of Henry W. Jessup. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JOHN LACKNER CO., Respondent, v. SIMPSON CRAWFORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by the John Lackner Company against the Simpson Crawford Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

JONES v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Clara Jones against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

JONES, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Paul Jones against Annette Jones. J. Fromme, for appellant. C. O. Maas, for respondent. No opinion. Judgment affirmed. Order filed.

JORDAN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court. Appellate Division, Fourth Department. September 30, 1908.) Action by Charles H. Jordan, as administator, etc., against the Erie Railroad Company. No opinion. Motion to amend decision denied, without costs.

JOSEPH LAURER BREWING CO. v. EHRESMAN. (Supreme Court, Appellate Division, Third Department. October 2, 1908.) Action by the Joseph Laurer Brewing Company against Daniel W. Ehresman. No opinion. Motion denied.

KAUFMAN, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Israel Kaufman against Julius Smith and Hyman Director, copartners, etc. No opinion. Motion denied, with $10 costs.

KELLY, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 23, 1908.) Action by John M. Kelly against Fred B. King and another. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

KENNEY, Respondent, v. SOUTH SHORE NATURAL GAS & FUEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Johanna Kenney against the South Shore Natural Gas & Fuel Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 126 App. Div. 236, 110 N. Y. Supp. 503.

WILLIAMS and ROBSON, JJ., dissent.

KIESOW, Respondent, v. NEW YORK CITY RY. CO. et al., Appellants. (Supreme Court, Appellate Division. First Department.